IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELICA GONZALEZ,<br><br>      Plaintiff,<br><br>  vs.<br><br>JAMES WORDEN, Judge; KATIE REICHERT, GAL; KIRK FELLHOELTER, County Attorney; AMANDA MATHIS, DHHS Caseworker; and SONYA OLIVERIUS, DHHS Supervisor;<br><br>      Defendants. | 8:25CV466<br><br>MEMORANDUM AND ORDER |

  Plaintiff e-mailed to the Court a Complaint, Filing No. 1, civil cover sheet, Filing No. 2, and an "Application to Proceed in District Court without Prepaying Fees or Costs," Filing No. 3, which the Court accepted for filing and docketed on July 21, 2025. However, Plaintiff's "Application," Filing No. 3, does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis. *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor"). While Plaintiff included a statement of her income, she failed to state all assets she possesses. Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

  Plaintiff is further advised that, although the Court accepted her Complaint she submitted by e-mail, pursuant to the Court's local rules "[a] document faxed or e-mailed

to the clerk or assigned judge is not considered filed without a court order." NECivR 5.1(d). As such, **Plaintiff is hereby notified that the Court will not accept any future e-mailed or faxed documents she submits for filing in this case or otherwise**. All future filings Plaintiff makes into this case must be made via hand delivery, United States postal mail, or by registering for electronic case filing ("CM/ECF") access. *See* NEGenR 1.3(b).

IT IS THEREFORE ORDERED that:

1. Plaintiff's "Application to Proceed in District Court without Prepaying Fees or Costs," Filing No. 3, is denied without prejudice to reassertion in a motion to proceed in forma pauperis that complies with comply with the terms of 28 U.S.C. § 1915.

2. Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

3. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **August 20, 2025**: Check for MIFP or payment.

5. The Court notifies Plaintiff that if she wishes to file a document in this Court, such filing must be made via hand delivery, United States postal mail, or by registering for CM/ECF access. The Court will not take any action on a document faxed or e-mailed to the Clerk or the undersigned nor will such document be filed.

Dated this 21st day of July, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge